WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorneys for Rushmore Loan Management Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH FRANK BASHAM,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC, a Foreign Corporations; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendant. | Case No.: 2:20-cv-01779-JAD-BNW<br><br>**AMENDED STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER**<br><br>(First Request) |

Plaintiffs, Joseph Frank Basham ("Plaintiff") and Defendant, Rushmore Loan Management Services LLC ("Defendant"), by and though their undersigned counsel, hereby stipulate and agree that Defendant shall have up and including December 21, 2020 to answer or otherwise respond to Plaintiffs' complaint. The parties request the additional time to continue to discuss settlement prior to Defendant filing an answer or otherwise responding the complaint. This stipulation is filed in good faith and not intended to cause delay. This is the parties' first

///
///
///
///
///

request of an extension of time to answer the complaint by Defendant.

**IT IS SO STIPULATED.**

WRIGHT, FINLAY & ZAK, LLP

*/s/ Michael S. Kelley*
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
*Attorneys for Rushmore Loan Management Services LLC*

COGBURN LAW

*/s/ Erik W. Fox*
Erik W. Fox, Esq.
Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff Joseph Frank Basham*

## ORDER

**IT IS SO ORDERED**

**DATED:** 1:44 pm, December 04, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**