1 WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
2 Nevada Bar No. 12076
Aaron D. Lancaster, Esq.
3 Nevada Bar No. 10115
7785 W. Sahara Ave., Suite 200
4 Las Vegas, Nevada 89117
5 (702) 475-7964; Fax: (702) 946-1345
alancaster@wrightlegal.net
6 *Attorneys for Rushmore Loan Management Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH FRANK BASHAM,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC, a Foreign Corporations; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>　　　　Defendant. | Case No.: 2:20-cv-01779-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER**<br><br>(Second Request) |

　　　　Plaintiffs, Joseph Frank Basham ("Plaintiff") and Defendant, Rushmore Loan Management Services LLC ("Defendant"), by and though their undersigned counsel, hereby stipulate and agree that Defendant, Rushmore Loan Management Services LLC ("Rushmore") shall have up and including January 20, 2021 to answer or otherwise respond to Plaintiffs' complaint. The parties request the additional time to continue to discuss settlement prior to Defendant filing an answer or otherwise responding the complaint. This stipulation is filed in good faith and not intended to cause delay. This is the parties' second

///
///
///
///
///

1  request of an extension of time to answer the complaint by Rushmore.

2  **IT IS SO STIPULATED.**

3  December 21, 2020.                                          December 21, 2020.

4  WRIGHT, FINLAY & ZAK, LLP                    COGBURN LAW

6  */s/ Aaron D. Lancaster*                                  */s/ Erik W. Fox*

Aaron D. Lancaster, Esq.                                Erik W. Fox, Esq.
Nevada Bar No. 10115                                   Nevada Bar No. 8804
7785 W. Sahara Ave., Suite 200                     2580 St. Rose Parkway, Suite 330
Las Vegas, Nevada 89117                             Henderson, Nevada 89074
*Attorneys for Rushmore Loan Management*   *Attorneys for Plaintiff Joseph Frank*
*Services LLC*                                                  *Basham*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 5:06 pm, December 22, 2020

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**