| | |
|---|---|
| 1 | WRIGHT, FINLAY & ZAK, LLP |
| 2 | Robert A. Riether, Esq.<br>Nevada Bar No. 12076 |
| 3 | Aaron D. Lancaster, Esq.<br>Nevada Bar No. 10115 |
| 4 | 7785 W. Sahara Ave., Suite 200<br>Las Vegas, Nevada 89117 |
| 5 | (702) 475-7964; Fax: (702) 946-1345 |
| 6 | alancaster@wrightlegal.net<br>*Attorneys for Rushmore Loan Management Services LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPH FRANK BASHAM,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RUSHMORE LOAN MANAGEMENT SERVICES LLC, a Foreign Corporations; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>　　　　Defendant. | Case No.: 2:20-cv-01779-JAD-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER**<br><br>(Third Request) |

Plaintiff, Joseph Frank Basham ("Plaintiff") and Defendant, Rushmore Loan Management Services LLC ("Defendant"), by and though their undersigned counsel, hereby stipulate and agree that Defendant, Rushmore Loan Management Services LLC ("Rushmore") shall have up and including February 19, 2021 to answer or otherwise respond to Plaintiff's complaint. The parties request the additional time to continue to discuss settlement prior to Defendant filing an answer or otherwise responding the complaint. This stipulation is filed in

\ \ \

\ \ \

\ \ \

\ \ \

good faith and not intended to cause delay. This is the parties' third request of an extension of time to answer the complaint by Rushmore.

**IT IS SO STIPULATED.**

January 21, 2021.                                                                 January 21, 2021.

WRIGHT, FINLAY & ZAK, LLP                                  COGBURN LAW

*/s/ Aaron D. Lancaster*                                                */s/ Erik W. Fox*
Aaron D. Lancaster, Esq.                                          Erik W. Fox, Esq.
Nevada Bar No. 10115                                               Nevada Bar No. 8804
7785 W. Sahara Ave., Suite 200                              2580 St. Rose Parkway, Suite 330
Las Vegas, Nevada 89117                                         Henderson, Nevada 89074
*Attorneys for Rushmore Loan Management*       *Attorneys for Plaintiff Joseph Frank*
*Services LLC*                                                              *Basham*

**ORDER**

**IT IS SO ORDERED**

**DATED:** 10:34 am, January 26, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**