```
 1  COGBURN LAW
    Jamie S. Cogburn, Esq.
 2  Nevada Bar No. 8409
    jsc@cogburncares.com
 3  Erik W. Fox, Esq.
    Nevada Bar No. 8804
 4  ewf@cogburncares.com
    2580 St. Rose Parkway, Suite 330
 5  Henderson, Nevada 89074
    Telephone: (702) 748-7777
 6  Facsimile: (702) 966-3880
    Attorneys for Plaintiff
 7
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| JOSEPH FRANK BASHAM, an individual, | Case Number: |
|---|---|
| Plaintiff, | 2:20-cv-01779-JAD-BNW |
| vs. | **Order Granting** |
| RUSHMORE LOAN MANAGEMENT SERVICES LLC, a Foreign Corporation; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company, | <u>**JOINT MOTION DISMISSING ACTION WITH PREJUDICE AS TO DEFENDANT RUSHMORE LOAN MANAGEMENT SERVICES LLC ONLY**</u> |
| Defendant. | ECF No. 25 |

Plaintiff, Joseph Frank Basham ("Plaintiff") and Defendant, Rushmore Loan Management Services LLC, by and through their respective attorneys of record, request that the above-captioned

. . .

. . .

. . .

. . .

. . .

. . .

matter be dismissed with prejudice as to Defendant Rushmore Loan Management Services LLC only, pursuant to FRCP 41(a)(2).  Each party shall bear its own attorney fees and costs incurred herein.

Dated this 24th day of March, 2021.

COGBURN LAW

By: */s/Erik W. Fox*
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Erik W. Fox, Esq.
    Nevada Bar No. 8804
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 24th day of March, 2021.

WRIGHT, FINLAY & ZAK, LLP

By: */s/ Aaron D. Lancaster*
    Aaron D. Lancaster, Esq.
    Nevada Bar No. 10115
    7785 W. Sahara Ave., Suite 200
    Las Vegas, NV 89117
    *Attorneys for Defendant Rushmore Loan Management Services LLC*

**IT IS SO ORDERED.**   And because Rushmore Loan Management Services LLC is the only remaining defendant, the Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
  4-6-21
DATE